1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CEDRIC EATON,

11           Petitioner,                    No. CIV S-08-1750 EFB

12       vs.

13   PEOPLE OF THE
     STATE OF CALIFORNIA, et al.,

14
             Respondents.              ORDER

15   _____/

16       Petitioner is (or was) a state prisoner proceeding without counsel in an action brought

17   under 28 U.S.C. § 2254.  The matter is before the undersigned pursuant to petitioner's consent.

18   *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).  On August 18,

19   2008, the postal service returned mail directed to petitioner because petitioner is not in custody.

20       A party appearing without counsel must keep the court and all parties apprised of his

21   current address.  E.D. Cal. L.R. 83-183(b).  If mail directed to such a petitioner is returned by the

22   postal service and petitioner fails to notify the court and opposing parties within 60 days

23   thereafter of his current address, the court may dismiss the action without prejudice for failure to

24   prosecute.

25       More than 60 days have passed since the postal service returned the mail and petitioner

26   has not notified the court of his current address.

1

1       Accordingly, this action is dismissed without prejudice.

2       So ordered.

3   DATED:  November 3, 2008.

4

                              EDMUND F. BRENNAN

5                                 UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26